Jeffrey D. Vanacore
Perkins Coie, LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.262.6900
Facsimile: 212.977.1649

Lynne E. Graybeal (*pro hac vice*)
William C. Rava (*pro hac vice*)
Holly M. Simpkins (*pro hac vice*)
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Defendant and Counterclaimant Fluke Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- X

PYLE AUDIO INC.,      :

         Plaintiff,     :    Civil Action No. 15-cv-00452-SJ-MDG

     v.           :

FLUKE CORPORATION,      :

         Defendant.
-------------------------------------

FLUKE CORPORATION,

         Counterclaimant,     :

                    :

     v.           :

PYLE AUDIO INC.,      :

         Counterdefendant.
------------------------------------- X

**STIPULATED ORDER OF DISMISSAL**

-1-

-2-

Defendant and Counterclaimant Fluke Corporation ("Fluke") and Plaintiff and Counterdefendant Pyle Audio Inc. ("Pyle") being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims against Pyle in the above-entitled action shall be dismissed with prejudice and without costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED: _Feb 11_____, 2016

By: _____
Jeffrey D. Vanacore
Perkins Coie, LLP
jvanacore@perkinscoie.com
30 Rockefeller Plaza
New York, NY 10112

Lynne E. Graybeal (*pro hac vice*)
LGraybeal@perkinscoie.com
William C. Rava (*pro hac vice*)
WRava@perkinscoie.com
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant and
Counterclaimant Fluke Corporation

129407150.1

/s/ MAx MOSKOVITZ

DATED: _Feb 10_, 2016

By: _By PERMISSION IN EMAIL_

AATM

Feb 10, 2016

Max Moskowitz
Ostrolenk Faber, LLP
mmoskowitz@ostrolenk.com
1180 Avenue of the Americas
New York, New York 10036
Telephone: 212.382.0700
Facsimile: 212.382.0888

Attorneys for Plaintiff and
Counterdefendant Pyle Audio Inc.

-3-

129407150.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on ___*Feb 11*___, 2016, I served this Stipulated Order of

Dismissal by electronic mail upon counsel of record:

> Max Moskowitz
> OSTROLENK FABER, LLP
> mmoskowitz@ostrolenk.com
> 1180 Avenue of the Americas
> New York, New York 10036
> Telephone: 212.382.0700
> Facsimile: 212.382.0888

DATED: ___*Feb 11*___, 2016

By: */s/ Jeffrey D. Vanacore*

> Jeffrey D. Vanacore
> Perkins Coie, LLP
> jvanacore@perkinscoie.com
> 30 Rockefeller Plaza
> New York, NY 10112
>
> Lynne E. Graybeal (*pro hac vice*)
> LGraybeal@perkinscoie.com
> William C. Rava (*pro hac vice*)
> WRava@perkinscoie.com
> Holly M. Simpkins (*pro hac vice*)
> HSimpkins@perkinscoie.com
> Perkins Coie, LLP
> 1201 Third Avenue Suite 4900
> Seattle, WA 98101-3099
> Telephone: 206.359.8000
> Facsimile: 206.359.9000

129407150.1