Jeffrey D. Vanacore
Perkins Coie, LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.262.6900
Facsimile: 212.977.1649

Lynne E. Graybeal (*pro hac vice*)
William C. Rava (*pro hac vice*)
Holly M. Simpkins (*pro hac vice*)
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Defendant and Counterclaimant Fluke Corporation

FILED
IN CLERK'S
US DISTRICT COURT

MAR 08 2016

BROOKLYN OFFICE

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

FEB 17 2016

TIME A.M._____
P.M._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X

PYLE AUDIO INC.,

    Plaintiff,

v.

FLUKE CORPORATION,

    Defendant.

-------------------------------------

FLUKE CORPORATION,

    Counterclaimant,

v.

PYLE AUDIO INC.,

    Counterdefendant.

------------------------------------- X

Civil Action No. 15-cv-00452-SJ-MDG

## STIPULATED ORDER OF DISMISSAL

Defendant and Counterclaimant Fluke Corporation ("Fluke") and Plaintiff and Counterdefendant Pyle Audio Inc. ("Pyle") wishing to avoid the expense, inconvenience and

-1-

127141652.6

disruption of litigation and without Pyle admitting any liability for intentional wrongdoing, agree to a settlement of their dispute and hereby stipulate to the entry of this Stipulated Order of Dismissal ("Order").

1. The Court has jurisdiction over the Parties and the subject matter at issue in this action.

2. Fluke is a world leader in the manufacture, distribution and service of electronic test tools and software. Among Fluke's market-leading products are its digital multimeters ("DMMs").

3. For over 45 years, Fluke has manufactured and distributed DMMs in the United States in a distinctive trade dress of a dark-colored body or face with a contrasting yellow border (the "Fluke trade dress"). Fluke also uses the Fluke trade dress on other test and measurement instruments including but not limited to laser distance meters, calibrators, and battery analyzers.

4. The Fluke trade dress is widely recognized by the public as an indicator of the source of Fluke's products. Fluke has built and owns an enormous amount of valuable goodwill symbolized by the Fluke trade dress. In recognition of Fluke's rights to the Fluke trade dress, the United States Patent & Trademark Office has issued several trademark registrations for that trade dress including Registration Nos. 2,796,480, 4,654,868, 4,654,867, 4,741,667 and 4,741,666.

5. In May 2008, Fluke also obtained a General Exclusion Order (Inv. No. 337-TA-588) from the United States International Trade Commission, which prohibits the unlicensed importation of DMMs and products with multimeter functionality that infringe Fluke's trade dress. "The protected trade dress is [described] as follows: digital multimeters and products with multimeter functionality that have a contrasting color combination of a dark-colored body or face and a contrasting yellow border, frame, molding, overlay, holster or perimeter."

6. The Fluke trade dress is valid, enforceable, widely-recognized and a valuable asset of Fluke.

127141652.6

Case 1:15-cv-00452-SJ-MDG Document 26 Filed 03/08/16 Page 3 of 3 PageID #: 208

7. This case, including Pyle's claims against Fluke and Fluke's claims against Pyle, are hereby dismissed with prejudice and without costs to any of the parties, except the Court shall retain jurisdiction to enforce this Order and the settlement agreement between the parties.

**IT IS SO STIPULATED.**

DATED: ~~January~~ 11, 2016 (Feb. 8)

By: _____
Jeffrey D. Vanacore
Perkins Coie, LLP
jvanacore@perkinscoie.com
30 Rockefeller Plaza
New York, NY 10112

Lynne E. Graybeal (*pro hac vice*)
LGraybeal@perkinscoie.com
William C. Rava (*pro hac vice*)
WRava@perkinscoie.com
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant and Counterclaimant Fluke Corporation

DATED: ~~January~~ 6, 2016 (Feb.)

By: /s/ Max Moskowitz — By permission in email — Dated Feb. 10, 2016
Max Moskowitz
Ostrolenk Faber, LLP
mmoskowitz@ostrolenk.com
1180 Avenue of the Americas
New York, New York 10036
Telephone: 212.382.0700
Facsimile: 212.382.0888

Attorneys for Plaintiff and Counterdefendant Pyle Audio Inc.

**SO ORDERED**
on this _29th_ day of _February_, 20_16_

/s/ USDJ Johnson

-3-

127141652.6